# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

CAROLYN COOMBS                                                          PLAINTIFF


v.                               NO. 3:15-cv-00242 PSH


CAROLYN W. COLVIN, Acting Commissioner                                 DEFENDANT
of the Social Security Administration


## JUDGMENT


Pursuant to the Memorandum Opinion and Order entered this day, judgment is

entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 25th day of May, 2016.



_____
UNITED STATES MAGISTRATE JUDGE