IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAROLYN COMBS                                                                                    PLAINTIFF

VS.                           CASE NO. 3:15CV00242 PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                              DEFENDANT

**ORDER**

Now before the Court is the plaintiff Carolyn Combs' ("Combs") motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant Nancy A. Berryhill ("Berryhill") does not oppose the motion.

We grant the motion, approving an EAJA award in the amount of $2,630.87 (which includes $20.07 in expenses). We find nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Combs, and not her attorney, as set forth in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the Department of Treasury shall issue payment of this award by check made payable to Combs, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 2nd day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE