IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAROLYN COMBS                                              PLAINTIFF

VS.                    CASE NO. 3:15CV00242 PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                    DEFENDANT

## ORDER

Pursuant to the December 28, 2017, Opinion of the Eighth Circuit Court of Appeals, this case is remanded to the Administrative Law Judge ("ALJ") for further development of the record. See Docket Entry no. 34.

IT IS SO ORDERED this 2nd day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE